UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Ellerbrock Family Trust, LLC, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.

McGladrey & Pullen, LLP,

    Defendant.

**AFFIDAVIT OF
GEOFFREY P. JARPE**

STATE OF MINNESOTA  )
                            ) ss.
COUNTY OF HENNEPIN  )

Geoffrey P. Jarpe, being first duly sworn upon oath, deposes and says:

1. I am an attorney-at-law duly admitted to practice in the courts in this state and in this Court. I have been licensed to practice law since 1970. I am a shareholder in Winthrop & Weinstine, P.A., counsel for Plaintiff in the above matter. As such, I have knowledge of the matters hereinafter set forth.

2. I have reviewed the facts of this case with an expert whose qualifications provide a reasonable expectation that the expert's opinions could be admissible at trial. In the opinion of this expert, the Defendant deviated from the applicable standard of care and by its actions caused injury to the Plaintiff and others similarly situated.

FURTHER AFFIANT SAITH NAUGHT, except only that this Affidavit is made and given pursuant to Minn. Stat. § 544.42, subd. 3(1).

                                                     Geoffrey P. Jarpe

Subscribed and sworn to before me
this 6th day of October, 2008.

_____
Notary Public

