# UNITED STATES DISTRICT COURT

District of Minnesota

Ellerbrock Family Trust, LLC, on behalf of
itself and all others similarly situated,
                                   Plaintiff,

V.

McGladrey & Pullen, LLP,

                               Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5370 JRT/FLN

TO: McGladrey & Pullen, LLP, 3600 American Boulevard, Bloomington, Minnesota 55431

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

                    Robert R. Weinstine
                    Geoffrey P. Jarpe
                    William A. McNab
                    Winthrop & Weinstine, P.A.
                    225 South Sixth Street, Suite 3500
                    Minneapolis, MN 55402

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                   DATE  OCT 0 6 2008

(By) DEPUTY CLERK