UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellerbrock Family Trust, LLC; Belmont Strategic Income Fund, LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McGladrey & Pullen, LLP,<br><br>Defendant. | Case No. 08-cv-05370-JRT-FLN<br><br>**PLAINTIFFS ELLERBROCK FAMILY TRUST, LLC AND BELMONT STRATEGIC INCOME FUND, LP'S RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Ellerbrock Family Trust, LLC and Belmont Strategic Income Fund, LP, by and through their attorneys, Winthrop & Weinstine P.A., hereby makes the following disclosure to the Court and opposing counsel:

Ellerbrock Family Trust, LLC is a Florida limited liability company. Its sole member is Momentum Capital Partners, LP, a private Florida limited partnership, no partner of which is a publicly traded corporation that owns 10% or more thereof.

Belmont Strategic Income Fund, LP is a Texas limited partnership, no partner of which is a publicly traded corporation that owns 10% or more thereof.

Respectfully Submitted,

Dated: October 27, 2008

WINTHROP & WEINSTINE, P.A.

By: s/Geoffrey P. Jarpe
   Robert R. Weinstine, #0115435
   Geoffrey P. Jarpe, #0049761
   William A. McNab, #0320924
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
**Attorneys for Plaintiffs**

4111351v1