IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellerbrock Family Trust, LLC; Belmont Strategic Income Fund, LP, on behalf of themselves and others similarly situated, | Case No. 08-cv-05370-JRT-FLN |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| McGladrey & Pullen, LLP, | |
| Defendant. | |

IT IS HEREBY stipulated by the undersigned counsel that the time for Defendant McGladrey & Pullen, LLP to answer, move to dismiss, or otherwise respond to the Amended Complaint in the above-entitled action is extended up to and including December 5, 2008.

WINTHROP & WEINSTINE, P.A.

Dated: November 3, 2008.

By /s/
Robert R. Weinstine (#0115435)
Geoffrey P. Jarpe (#0049761)
William A. McNab (#0320924)

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400

*Attorneys for Plaintiffs*

Dated: November 3, 2008.

MOSS & BARNETT
A Professional Association

By /s/ Thomas J. Shroyer
Thomas J. Shroyer (#100638)

4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5281

*Attorney for Defendant*