UNITED STATES DISTRICT COURT
FOR DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellerbrock Family Trust, LLC; Belmont Strategic Income Fund, LP, on behalf of themselves and others similarly situation, | COURT FILE NO. 08-cv-05370 (JRT/FLN) |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| McGladrey & Pullen, LLP, | |
| Defendant. | |

    I hereby certify that on November 12, 2008, I caused the **Motions for Admission Pro Hac Vice of Thomas H.L. Selby, Steven M. Farina and Katherine M. Turner** to be filed electronically with the Clerk of Court through ECF and that ECF will send an email notice of the electronic filing to the following:

    Geoffrey P. Jarpe
    Robert R. Weinstine
    William A. McNab
    Winthrop & Weinstine, P.A.
    225 South Sixth Street
    Suite 3500
    Minneapolis, MN 55402-4629
    **Attorneys for Plaintiffs**

                                                            MOSS & BARNETT
                                                            A Professional Association

Dated: November 12, 2008.                  By /s/ Thomas J. Shroyer
                                                              Thomas J. Shroyer (#100638)
                                                          Attorneys for Defendant
                                                          4800 Wells Fargo Center
                                                          90 South Seventh Street
                                                          Minneapolis, MN 55402-4129
                                                          Telephone: (612) 877-5000
1270994v1                                                Facsimile: (612) 877-5999