UNITED STATES DISTRICT COURT
FOR DISTRICT OF MINNESOTA

Ellerbrock Family Trust, LLC; Belmont
Strategic Income Fund, LP, on behalf of
themselves and others similarly situation,

COURT FILE NO. 08-cv-05370 (JRT/FLN)

         Plaintiffs,

**ORDER EXTENDING TIME FOR
DEFENDANT TO RESPOND TO
AMENDED COMPLAINT**

v.

McGladrey & Pullen, LLP,

         Defendant.

      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Stipulation Extending

Time for Defendant to Respond to Amended Complaint entered by the parties in the

above-captioned action, IT IS HEREBY ORDERED that the time for Defendant McGladrey &

Pullen, LLP, to answer, move to dismiss, or otherwise respond to the Amended Complaint in the

above-entitled action is extended up to and including December 5, 2008.

      SO ORDERED this 10th day of November, 2008.

                                BY THE UNITED STATES DISTRICT COURT:

                                *s/ Franklin L. Noel*
                                The Honorable Franklin L. Noel
                                Magistrate Judge of U.S. District Court