IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellerbrock Family Trust, LLC; Belmont Strategic Income Fund, LP, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>McGladrey & Pullen, LLP,<br><br>        Defendant. | Case No. 08-cv-05370-JRT-FLN<br><br>CLASS ACTION<br><br>**DISCLOSURE STATEMENT OF MCGLADREY & PULLEN, LLP PURSUANT TO FED. R. CIV. P. 7.1** |

        Defendant McGladrey & Pullen, LLP ("M&P"), by and through its undersigned counsel, hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1.

        M&P is an Iowa limited liability partnership and has no parent corporation.  None of M&P's partners is a publicly held corporation owning 10% or more of the interest in M&P.


Dated:  December 5, 2008

                WILLIAMS & CONNOLLY LLP

                By: /s/ Katherine M. Turner

                Steven M. Farina (admitted pro hac vice)
                Thomas H.L. Selby (admitted pro hac vice)
                Katherine M. Turner (admitted pro hac vice)
                    725 Twelfth Street, NW
                    Washington, DC  20005
                    (202) 434-5000 (telephone)
                    (202) 434-5029 (facsimile)
                    Email:  sfarina@wc.com
                    Email:  tselby@wc.com

Email:  kturner@wc.com

MOSS & BARNETT, PA
Thomas J. Shroyer (MN #100638)
 4800 Wells Fargo Center
 90 South Seventh Street
 Minneapolis, MN  55402-4129
 (612) 877-5281 (telephone)
 (612) 877-5999 (facsimile)
 Email:  shroyert@moss-barnett.com

*Counsel for McGladrey & Pullen, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008, I caused the **Disclosure Statement of McGladrey & Pullen, LLP Pursuant to Fed. R. Civ. P. 7.1** to be filed electronically with the Clerk of the Court through the CM/ECF system and that the CM/ECF system will email notification of such filing to the following counsel for Plaintiffs Ellerbrock Family Trust, LLC and Belmont Strategic Income Fund, LP:

> Geoffrey P. Jarpe (gjarpe@winthrop.com)
> Robert R. Weinstine (rweinstine@winthrop.com)
> William A. McNab (wmcnab@winthrop.com)
> WINTHROP & WEINSTINE, P.A.
> 225 South Sixth Street, Suite 3500
> Minneapolis, MN  55402-4629
> (612) 604-6400 (telephone)
> (612) 604-6800 (facsimile)

> By: /s/ Katherine M. Turner
> Katherine M. Turner (pro hac vice)
> WILLIAMS & CONNOLLY LLP
> 725 12th Street NW
> Washington, DC  20005
> (202) 434-5487 (telephone)
> (202) 434-5029 (facsimile)
> Email:  kturner@wc.com