# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL PRETRIAL CONFERENCE

Ellerbrock Family Trust et al.,
                              Plaintiffs,

v.

McGladrey & Pullen
                    Defendant.

**COURT MINUTES**
Case Number: CV 08-5370 JRT/FLN

| | |
|---|---|
| Date: | January 16, 2009 |
| Court Reporter: | n/a |
| Time Commenced: | 8:55 a.m. |
| Time Concluded: | 9:10 |
| Time in Court: | 15 Minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

# APPEARANCES:

For Plaintiff:    Geoffrey Jarpe; Jessica Karich

For Defendant:    Steven Farina; Katherine Turner; Peter Koller

A.  DESCRIPTION OF THE CASE

   1.  Nature of the case:    Professional negligence claim against accounting firm

   2.  Legal and factual issues:

   a) Liability:

   b) Damages:  Plaintiff seeks money damages

Dockets.Justia.com

B. <u>THE PLEADINGS</u>

  1. All filed?   <u>     yes             </u>

      a. Anticipated amendments?   <u> maybe  </u>

      b. Additional parties?   <u>  maybe  </u>

  2. Jury demand:

      a. yes ☒   no ☐

      b. Any issue with respect to jury demand?  <u>            </u>

  3. Amend Pleadings:

      a. Add parties/claims/defenses  <u>   5/15/09         </u>

      b. Punitive damages motion   <u>               </u>

C. <u>DISCOVERY</u>

  1. Limitations on Discovery:

     a) Interrogatories  <u>   50       </u>
     b) Depositions   <u>  40 deposition days as described in Rule 26(f) report  </u>
     c) Requests for Admission  <u>  75   </u>
     d) Document Requests   <u>  150   </u>
     e) Rule 35 Medical Exam   <u>     </u>
     f) Other   <u>                       </u>

  2. Pre-Discovery Disclosures  <u>             </u>

  3. Discovery cut-off   <u>  12/1/09        </u>

  4. Other deadlines  <u>                           </u>

  5. Experts:  YES ☒   NO ☐

      a.   Identity   <u>              </u>
          Plaintiff  <u>  9/1/09    </u>   Defendant <u> 10/1/09  </u>

      b.   Substance of Testimony <u>           </u>
          Plaintiff  <u> 12/18/09   </u>   Defendant <u>1/22/10  </u>

      c.  Depositions; Number  <u>  3-4   </u>;  Date   <u>  3/1/10    </u>

D.  <u>MOTIONS</u>

    1.  Non-dispositive <u>class certification motion: 9/1/09</u>
                                    <u>All other non-dispositive motions shall be filed and served by 3/1/10</u>
    2.  Dispositive        <u>5/1/10</u>

E.  <u>TRIAL READINESS</u>

    a. Estimated Trial Time:   <u>2-3 weeks</u>

    b. Trial Ready Date:    <u>7/1/10</u>


                                            <u>s/Franklin L. Noel</u>
                                        U. S. Magistrate Judge