UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Ellerbrock Family Trust, LLC;
Belmont Strategic Income Fund,
LP, on behalf of themselves and
all others similarly situated,

       Plaintiffs,

v.

McGladrey & Pullen, LLP,

       Defendant.

Civil 08-5370 JRT/FLN

PROTECTIVE ORDER
Docket No. 20

    The Stipulation for Protective Order [#20] signed by all counsel for the parties in the above matter is hereby approved, and said Stipulation shall govern the use of all Confidential information herein.

Dated: January 17, 2009

       *s/ Franklin L. Noel*

       The Honorable Franklin L. Noel
       United States Magistrate Judge