UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellerbrock Family Trust, LLC; Belmont Strategic Income Fund, LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McGladrey & Pullen, LLP,<br><br>Defendant. | Case No. 08-cv-05370-JRT-FLN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

The parties to this action, through their respective attorneys, hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this action voluntarily without a court order and without prejudice.

Dated: May 26, 2009         s/Geoffrey P. Jarpe
                            Geoffrey P. Jarpe, #0049761
                            Robert R. Weinstine, #0115435
                            William A. McNab, #0320924
                            Jessica S. Karich, #0387156
                            WINTHROP & WEINSTINE, P.A.
                            225 South Sixth Street, Suite 3500
                            Minneapolis, MN  55402-4629
                            Telephone: (612) 604-6400
                            Facsimile: (612) 604-6800
                            gjarpe@winthrop.com
                            rweinstine@winthrop.com
                            wmcnab@winthrop.com
                            jkarich@winthrop.com

                            **ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Dated: May 26, 2009 | s/Steven M. Farina |
| | Steven M. Farina (admitted pro hac vice) |
| | Joseph M. Terry (admitted pro hac vice) |
| | Katherine M. Turner (admitted pro hac vice) |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, NW |
| | Washington, DC 20005 |
| | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |
| | sfarina@wc.com |
| | jterry@wc.com |
| | kturner@wc.com |
| | |
| | Thomas J. Shroyer, #100638 |
| | MOSS & BARNETT, PA |
| | 4800 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-4129 |
| | Telephone: (612) 877-5281 |
| | Facsimile: (612) 877-5999 |
| | shroyert@moss-barnett.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| 4497937v1 | |