

EXHIBIT 1

# SCHEDULE OF CASES

| | | |
|---|---|---|
| Jamie L. Benner, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 06-4640 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |
| Justin Accola, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 06-4643 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |
| Jeffrey Cichosz, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 06-4644 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |

# <u>SCHEDULE A</u>

| | |
|---|---|
| William F. Holmberg, Jr., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 06-4645 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Elizabeth Marianne Buck, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 06-4646 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Penny M. Cantazaro, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 06-4647 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Kathy Cota, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 06-4648 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| Jill K. East, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 06-4649 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| Kathleen L. Hambleton, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 06-4650 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Elizabeth Hopp, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 06-4651 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Joann N. Larson, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 06-4652 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Kelley S. Lyons, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 06-4653 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

4

# SCHEDULE A

| | |
|---|---|
| Kimberly Martineau, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4654 |
| Sandra Steinmetz, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4655 |
| John Gino Giovannoni,<br><br>        Plaintiff,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4960 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Sally J. Dowden, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-0089 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Amelia M. Alfaro, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-0090 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Jennifer L. Alfano, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-0251 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Claudia Alicia Martinez, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-0542 |
| Jennifer N. McInnis,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-0544 |
| Beth Shaw, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-0595 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Shannon Davis, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-1119 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Esther Nevarez, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-1563 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Nora Hageman, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-1870 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

8

# SCHEDULE A

| | |
|---|---|
| Patricia A. Parrish, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-1912 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Shannon D. Anderson, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-2749 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Ariel Crotty, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-2750 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

9

# SCHEDULE A

| | |
|---|---|
| Christopher L. Sims, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-2878 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Donna F. Eddy, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3424 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Jacqueline Burt, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3425 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

10

# SCHEDULE A

| | |
|---|---|
| Brenda Mitchell, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 07-3426 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| Tammy L. Gately, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 07-3427 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| Mimi Vuong, | ) ) ) |
| Plaintiff, | ) ) Case No.: 07-3428 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Nancy Austin, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3429 |
| Kent Alles, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3430 |
| Gladys Garcia, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3431 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Scott D. Hyder, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3432 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Kimberly Elam, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3433 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Bryce A. Amburn, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3434 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

13

# SCHEDULE A

| | |
|---|---|
| Mari A. Danielson, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3435 |
| Natesha M. Hyde, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3436 |
| Tracy Buglione, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3437 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Celeste A. Hernandez, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3438 |
| Maria Teresa Diaz, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3439 |
| Terri Kuvach, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3440 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Lynn A. Amorose, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3441 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Heidi Michelle Poepsel, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3442 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Evelyn Sparks, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3443 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

16

# SCHEDULE A

| | |
|---|---|
| Angela L. Jacobson, *et al.*, | |
| Plaintiffs, | Case No.: 07-3444 |
| v. | |
| C. H. ROBINSON WORLDWIDE, INC. | |
| Defendant. | |

| | |
|---|---|
| Anne K. Ciaglia, *et al.*, | |
| Plaintiffs, | Case No.: 07-3445 |
| v. | |
| C. H. ROBINSON WORLDWIDE, INC. | |
| Defendant. | |

| | |
|---|---|
| Joann M. McGill, *et al.*, | |
| Plaintiffs, | Case No.: 07-3446 |
| v. | |
| C. H. ROBINSON WORLDWIDE, INC. | |
| Defendant. | |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Craig Bowen, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3447 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Lynette DiNova, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3448 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Joanna Elke, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3449 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

CH1 11333204.1

# SCHEDULE A

|  |  |
|---|---|
| Roy Rogenic, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3450 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Michael Blackburn, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3451 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Sharon K. Dodson-McDonald, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3452 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# SCHEDULE A

| | |
|---|---|
| Brendan M. Clarke, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 07-3453 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) ) |
| Amber Vandersommen, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 07-3454 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) ) |
| Leslie Nemelka, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 07-3455 |
| v. | ) ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) |
| Defendant. | ) ) ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Catherine A. Wilcox, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3457 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Arlene J. Murray, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3458 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Kimberly K. Bethel, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3459 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

21

# <u>SCHEDULE A</u>

| | |
|---|---|
| Lisa M. Quigley, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3460 |
| Morgan J. Wood, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3462 |
| Richard Cahn, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3463 |

22

# SCHEDULE A

| | |
|---|---|
| Cheryl D. Braithwaite, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3464 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Carla M. Strugala, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3465 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Jennifer L. Alfano, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3466 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

23

# SCHEDULE A

| | |
|---|---|
| Susan J. McGowan, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3467 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Heather Lee Markle, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3468 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Leslie D. Birdwell, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3469 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Jason S. Galloway,<br><br>       Plaintiff,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3470 |
| Sharon Haack,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3471 |
| Christina M. Doto, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>       Defendant. | Case No.: 07-3472 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Dirk Keiser, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3473 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Debra J. Wentworth, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3474 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Laura L. Jeneault, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3475 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

26

# SCHEDULE A

| | |
|---|---|
| Timothy W. Baierlein, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>     Defendant. | Case No.: 07-3476 |
| LaToya R. McCants, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>     Defendant. | Case No.: 07-3477 |
| Julie Gallagher, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>     Defendant. | Case No.: 07-3478 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Timothy J. Bumgarner, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3479 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| Allison M. Cassie, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3480 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| Richelle Maki, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3481 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

CH1 11333204.1

# <u>SCHEDULE A</u>

|  |  |
|---|---|
| Jennifer L. Walker, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3482 |
| Wallace Kip Guenther, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3484 |
| Rodney Brewer, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3485 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Erika DeRoberts, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3486 |
| Angela K. Smoot,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3487 |
| Carolyn Baker Hall, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3489 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Kari S. Johnson, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3490 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Rhea L. Nadler, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3491 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Aaron Smith, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3492 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

31

# SCHEDULE A

| | |
|---|---|
| Stephanie Smith, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3493 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Adelita Dickson, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3494 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Jason K. Bergquist, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3495 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Thea Winterbottom, *et al.*, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> C. H. ROBINSON WORLDWIDE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 07-3496 |
| Kim M. Flowers, *et al.*, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> C. H. ROBINSON WORLDWIDE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 07-3497 |
| Wendy L. Ferger, *et al.*, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> C. H. ROBINSON WORLDWIDE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 07-3498 |

33

# SCHEDULE A

| | |
|---|---|
| Kelly K. Hoell, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3499 |
| Marc Dorau, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3943 |
| Tara Kathleen Camfield, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3944 |

CH1 11333204.1