**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) ) ) | CASE NO. 07-MD-01849 (JNE) |
| Overtime Pay Litigation | ) ) ) ) | |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING JOINT MEMORANDUM OF LAW IN SUPPORT OF THE JOINT MOTION OF THE PARTIES TO APPROVE THE SETTLEMENTS OF THEIR FLSA CLAIMS AND LAWSUIT**

I, Gerald L. Maatman, Jr., certify that the Parties' Joint Memorandum of Law in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft ® Office Word, version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 2592 words.

Dated: November 29, 2007.

s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*