UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc.,<br><br>Overtime Pay Litigation | CASE NO. 07-MD-01849<br>(JNE) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I caused the following documents:

1. Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

2. Joint Memorandum of Law in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

3. Local Rule 7.1 Word Count Compliance Certificate Regarding Joint Memorandum of Law in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

4. Declaration of Gerald L. Maatman, Jr. in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

5. Declaration of Steven M. Sprenger in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits; and

6. Declaration of Lawrence P. Schaefer in Support of the Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Daniel C. Bryden   dbryden@sprengerlang.com

- Michael D. Lieder   mlieder@sprengerlang.com

- Seymour J. Mansfield  smansfiled@mansfieldtanick.com
- Steven M. Sprenger  ssprenger@sprengerlang.com
- Lawrence P. Schaefer  lschaefer@mansfieldtanick.com
- Charles Horowitz  chorowitz@mansfieldtanick.com
- Jean B. Roth  rothjb@mansfieldtanick.com
- Janet C. Evans  jcevans@rkmc.com
- Gerald L. Maatman, Jr.  gmaatman@seyfarth.com
- Richard P. McArdle  rmcardle@seyfarth.com
- Ernst H. Ostrand  eostrand@seyfarth.com
- L. Steven Platt  lsp53@aol.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the Hon. Joan N. Ericksen, and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- Daniel C. Bryden  dbryden@sprengerlang.com
- Michael D. Lieder  mlieder@sprengerlang.com
- Seymour J. Mansfield  smansfiled@mansfieldtanick.com
- Steven M. Sprenger  ssprenger@sprengerlang.com
- Lawrence P. Schaefer  lschaefer@mansfieldtanick.com
- Charles Horowitz  chorowitz@mansfieldtanick.com
- Jean B. Roth  rothjb@mansfieldtanick.com
- Janet C. Evans  jcevans@rkmc.com
- Gerald L. Maatman, Jr.  gmaatman@seyfarth.com
- Richard P. McArdle  rmcardle@seyfarth.com
- Ernst H. Ostrand  eostrand@seyfarth.com
- L. Steven Platt  lsp53@aol.com

<pre>
                                    s/ Gerald L. Maatman, Jr.
                                    Gerald L. Maatman, Jr. (IL # 0618016)
                                    Seyfarth Shaw LLP
                                    131 S. Dearborn St., Suite 2400
                                    Chicago, Illinois 60603
                                    Telephone:  (312) 460-5000
                                    Facsimile:  (312) 460-7000
                                    E-mail:  gmaatman@seyfarth.com
                                    *Counsel for Defendant*
</pre>

CH1 11268050.1