# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 <br> (JNE) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2007 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Declaration of Lawrence P. Schaefer

I further certify that I caused the proposed order to be filed with the court via e-mail to the following Judge who is hearing the motion:

Judge Joan Ericksen: joanericksen_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid to the following:

Steven M. Sprenger
Mara R. Thompson
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005


Thomas B. Hatch, Esq.
Janet C. Evans, Esq.

Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Gerald Maatman, Esq.
Richard Patrick McArdle, Esq.
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603

                                              Lawrence P. Schaefer

#465659