# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: C. H. Robinson Worldwide, Inc., | CASE NO. 07-MD-1849 |
| | (JNE) |
| Overtime Pay Litigation | |

## ORDER DISMISSING CLAIMS
## PLAINTIFF JOSE LOZANO

This matter came before the Honorable Joan N. Ericksen on Plaintiff's motion to dismiss the claims of plaintiff Jose Lozano with prejudice. (R. Doc. 4). Based upon the files, records, and argument of counsel,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** and the following plaintiff's claims are hereby dismissed with prejudice:

1. Jose Lozano (*Alles, et al. v. C.H. Robinson Worldwide, Inc.*, Case No. 07-3430(D. Minn.))

The clerk of court is hereby directed to file this Order in each of the above referenced cases.

DATED: December 6, 2007.

                                                               s/ Joan N. Ericksen
                                                               Joan N. Ericksen, Judge
                                                               United States District Court