IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re C.H. Robinson Worldwide, Inc,  ) Case No. 07-MD-1849
    Overtime Litigation.  ) (JNE)

# ORDER DISMISSING CLAIMS
# OF SEVEN PLAINTIFFS

This matter came before the Honorable Joan N. Ericksen on Plaintiffs' motion to dismiss the claims of seven plaintiffs with prejudice. (R. Doc. 4). Based upon the files, records, and argument of counsel,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED and the following plaintiffs' claims are hereby dismissed with prejudice:

1. Richard Cahn (*Cahn, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-3463 (D. Minn))

2. Reginald Ellsworth (*Alfano, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-3466 (D. Minn))

3. Mark Goldberg (*Sparks, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-3443 (D. Minn))

4. James Kiehn (*Flowers, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-3497 (D. Minn)

5. Nicholas Klein (*Sparks, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-3443 (D. Minn))

6. Richard Comunale (*Crotty, et al. v. C.H. Robinson Worldwide, Inc.,* Case No. 07-2750 (D. Minn))

7. Sergio Cordon (*Dodson-McDonald, et al. V. C.H. Robinson Worldwide, Inc.,* Case No. 07-3452 (D. Minn))

The clerk of court is hereby directed to file this Order in each of the above-referenced cases.

Dated: December 6, 2007           s/ Joan N. Ericksen  
                                               Joan N. Ericksen  
                                               Judge of U.S. District Court  
                                               District of Minnesota