# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 <br> (JNE) |

## NOTICE OF DEFENDANT'S SUPPLEMENTAL MOTION TO APPROVE THE SETTLEMENTS OF FLSA CLAIMS AND LAWSUITS

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for Defendant C. H. Robinson Worldwide, Inc. will move the Court to enter an order approving the Settlement Agreements settling all of the Plaintiffs' claims and dismiss with prejudice this consolidated action, contingent upon each Plaintiff providing Defendant with completed IRS W-9 Forms.

Respectfully submitted,

s/Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Richard P. McArdle (IL # 6212504)
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*

Date: December 7, 2007