UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) ) ) ) ) ) ) | CASE NO. 07-MD-01849 (JNE) |
| Overtime Pay Litigation | | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I caused Defendant's Supplemental Motion to Approve the Settlements of FLSA Claims and Lawsuits to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Daniel C. Bryden        dbryden@sprengerlang.com

- Michael D. Lieder       mlieder@sprengerlang.com

- Seymour J. Mansfield    smansfiled@mansfieldtanick.com

- Steven M. Sprenger      ssprenger@sprengerlang.com

- Lawrence P. Schaefer    lschaefer@mansfieldtanick.com

- Charles Horowitz        chorowitz@mansfieldtanick.com

- Jean B. Roth            rothjb@mansfieldtanick.com

- Janet C. Evans          jcevans@rkmc.com

- Gerald L. Maatman, Jr.  gmaatman@seyfarth.com

- Richard P. McArdle      rmcardle@seyfarth.com

- Ernst H. Ostrand        eostrand@seyfarth.com

- L. Steven Platt         lsp53@aol.com

CH1 11371478.1

I further certify that I caused the proposed order to be filed with the court via e-mail to the Hon. Joan N. Ericksen, and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- Daniel C. Bryden         dbryden@sprengerlang.com
- Michael D. Lieder        mlieder@sprengerlang.com
- Seymour J. Mansfield     smansfiled@mansfieldtanick.com
- Steven M. Sprenger       ssprenger@sprengerlang.com
- Lawrence P. Schaefer     lschaefer@mansfieldtanick.com
- Charles Horowitz         chorowitz@mansfieldtanick.com
- Jean B. Roth             rothjb@mansfieldtanick.com
- Janet C. Evans           jcevans@rkmc.com
- Gerald L. Maatman, Jr.   gmaatman@seyfarth.com
- Richard P. McArdle       rmcardle@seyfarth.com
- Ernst H. Ostrand         eostrand@seyfarth.com
- L. Steven Platt          lsp53@aol.com

        <u>s/ Gerald L. Maatman, Jr.</u>
        Gerald L. Maatman, Jr. (IL # 0618016)
        Seyfarth Shaw LLP
        131 S. Dearborn St., Suite 2400
        Chicago, Illinois 60603
        Telephone: (312) 460-5000
        Facsimile: (312) 460-7000
        E-mail: gmaatman@seyfarth.com
        *Counsel for Defendant*