# Exhibit B

A CERTIFIED TRUE COPY

JUL 1 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1849*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE C.H. ROBINSON WORLDWIDE, INC., OVERTIME PAY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,[*] KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by plaintiffs in the 100 actions listed on Schedule A and two additional actions for coordinated or consolidated pretrial proceedings of these actions in the Northern District of Illinois or, in the alternative, the District of Minnesota.[1] Lone defendant C.H. Robinson Worldwide, Inc. (CHRW) opposes the motion. After their initial submissions to the Panel, all parties filed a joint pleading with the Panel requesting transfer for the limited purpose of obtaining settlement approval in the Northern District of Illinois or, alternatively, the District of Minnesota.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve one or more common questions of fact, and centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions involve similar allegations that certain employees of CHRW are entitled to compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* Centralization under Section 1407 is necessary in order to conserve the resources of the parties, their counsel and the judiciary, particularly with respect to settlement approval. We decline to circumscribe the breadth of the pretrial proceedings as requested by the parties, instead leaving such matters to the discretion of the transferee judge. Whenever the transferee judge deems remand of any

---

[*] Judge Miller took no part in the decision of this matter.

[1] Plaintiffs initially included 102 actions in their motion, but later amended the schedule to exclude the 28 Northern District of Illinois actions that were closed and pending transfer under 28 U.S.C. § 1404(a) at that time. Two of these actions remain in that status. Because all parties are represented by common counsel and have filed pleadings stating their positions before the Panel, 100 actions are encompassed by this order. The remaining two actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

SCANNED

JUL 2 4 2007

U.S. DISTRICT COURT MPLS

A CERTIFIED TRUE COPY

JUL 1

claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this docket. This is the district in which approximately one-fourth of the actions are now pending. Also, the transferee judge to whom we are assigning this litigation has developed a familiarity with the issues, parties, and counsel involved in these actions through presiding over two related actions for the past five years.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Joan N. Ericksen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1849 -- In re C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

### Northern District of Alabama

*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:06-4926   07-3424
*Jacqueline Burt, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-630   07-3425
*Brenda Mitchell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-730   07-3426

### Eastern District of Arkansas

*Tammy L. Gately, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-290   07-3427

### Central District of California

*Mimi Vuong v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1428   07-3428
*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-301   07-3429
*Kent Alles, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-571   07-3430

### Eastern District of California

*Gladys Garcia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-157   07-3431
*Scott D. Hyder, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-665   07-3432

### Northern District of California

*Kimberly Elam, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-475   07-3433

### Southern District of California

*Bryce A. Amburn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-650   07-3434

### District of Colorado

*Mari A. Danielson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-602   07-3435

### Middle District of Florida

*Natesha M. Hyde v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-208   07-3436
*Tracy L. Buglione, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-228   07-3437

- A2 -

### Southern District of Florida

*Celeste A. Hernandez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-60504  07-3438
*Maria Teresa Diaz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-21033  07-3439

### Northern District of Georgia

*Terri Kuvach, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-328  07-3440
*Lynn A. Amorose, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-951  07-3441

### Central District of Illinois

*Heidi Michelle Poepsel v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-1101  07-3442

### Northern District of Illinois

*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6461  07-3443
*Angela L. Jacobson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6465  07-3444
*Anne K. Ciaglia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6507  07-3445
*Joann M. McGill, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6510  07-3446
*Craig Bowen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6516  07-3447
*Lynette DiNova, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6545  07-3448
*Joanna Elke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6552  07-3449
*Roy Rogenic, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6553  07-3450
*Michael Blackburn v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6563  07-3451
*Sharon K. Dodson-McDonald, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6564  07-3452
*Brendan M. Clarke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6581  07-3453
*Amber Vandersommen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6582  07-3454
*Leslie Nemelka, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6623  07-3455
*Ariel B. Crotty, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6630  07-3456

### Southern District of Indiana

*Catherine A. Wilcox v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-197  07-3457

### Southern District of Iowa

*Arlene J. Murray, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-141  07-3458

### District of Kansas

*Kimberly K. Bethel, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2129  07-3459
*Lisa M. Quigley, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-1063  07-3460

- A3 -

### Eastern District of Louisiana

*Morgan J. Wood, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1269  07-3462

### Western District of Louisiana

*Richard Cahn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-776  07-3463

### District of Massachusetts

*Cheryl D. Braithwaite, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-12278  07-3464

### Eastern District of Michigan

*Carla M. Strugala v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-10767  07-3465
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-11604  07-3466

### Western District of Michigan

*Susan J. McGowan, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-361  07-3467

### District of Minnesota

*Jamie L. Benner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4640
*Justin Accola, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4643
*Jeffrey Cichosz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4644
*William F. Holmberg, Jr. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4645
*Elizabeth Marianne Buck, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4646
*Penny M. Cantazaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4647
*Kathy Cota, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4648
*Jill K. East, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4649
*Kathleen L. Hambleton, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4650
*Elizabeth Hopp v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4651
*Joann F. Larson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4652
*Kelley S. Lyons, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4653
*Kimberly M. Martineau, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4654
*Sandra Steinmetz, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4655
*John Gino Giovannoni v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4960
*Sally J. Dowden, et al., C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-89
*Amelia M. Alfaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-90
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-251
*Claudia Alicia Martinez, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-542
*Jennifer N. Mcinnis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-544

- A4 -

### District of Minnesota (Continued)

*Beth Shaw, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-595
*Shannon Davis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1119
*Esther Nevarez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1563
*Nora Hageman, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1870
*Patricia A. Parrish, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1912
*Shannon D. Anderson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2749
*Christopher L. Sims, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2878

### Eastern District of Missouri

*Heather Lee Markle, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-428   07-3468

### Western District of Missouri

*Leslie D. Birdwell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-3193   07-3469

### District of Montana

*Jason S. Galloway v. C.H. Robinson Worldwide, Inc.*, C.A. No. 9:07-45   07-3470

### District of Nebraska

*Sharon Haack v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-130   07-3471

### District of New Jersey

*Christine M. Doto, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1382   01-3472

### District of New Mexico

*Dirk Keisesr, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-392   07-3473

### District of Nevada

*Debra J. Wentworth v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-145   07-3474

### Northern District of New York

*Laura J. Jeneault, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-656   07-3475

- A5 -

Western District of New York

*Timothy W. Baierlein, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-182    07-3476

Western District of North Carolina

*LaToya R. McCants, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-252    07-3477

Northern District of Ohio

*Julie Gallagher, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-846    07-3478

Western District of Oklahoma

*Timothy J. Bumgarner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-278    07-3479

District of Oregon

*Allison M. Cassie, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-333    07-3480

Eastern District of Pennsylvania

*Richelle Maki, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1238    07-3481
*Jennifer L. Walker, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1355    07-3482

Western District of Pennsylvania

*Wallace Kip Guenther, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-495    07-3483

District of South Carolina

*Rodney Brewer, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-3595    07-3485
*Erika DeRoberts, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-958    07-3486

District of South Dakota

*Angela K. Smoot v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-4038    07-3487

Eastern District of Tennessee

*Carolyn Baker Hall, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-46    07-3489

Middle District of Tennessee

*Kari S. Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-454   07-3490

Western District of Tennessee

*Rhea L. Nadler, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2228   07-3491

Eastern District of Texas

*Aaron Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-1   07-3492

Northern District of Texas

*Stephanie Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-409   07-3493

Western District of Texas

*Adelita Dickson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-186   07-3494

District of Utah

*Jason K. Bergquist, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-262   07-3495

Eastern District of Virginia

*Thea Winterbottom, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-390   07-3496

Eastern District of Washington

*Kim M. Flowers, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-104   07-3497

Western District of Washington

*Wendy L. Ferger, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-705   07-3498

Eastern District of Wisconsin

*Kelly K. Hoell v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-267   07-3499