UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) ) ) ) ) ) ) | CASE NO. 07-MD-01849 (JNE) |
| Overtime Pay Litigation | | |

**NOTICE OF JOINT MOTION TO APPROVE THE SETTLEMENTS OF FLSA CLAIMS AND LAWSUITS OF CERTAIN FEMALE PLAINTIFFS**

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for all parties will move the Court to enter an order approving the Settlement Agreements of certain female Plaintiffs settling all of the their claims and dismissing those claims with prejudice.

Respectfully submitted,


s/Lawrence P. Schafer
Lawrence P. Schaefer (MN # 195583)
MANSFIELD, TANICK & COHEN, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax: (612) 339-3161
E-mail: lschaefer@mansfieldtanick.com
*Counsel for Plaintiffs*

Date: December 17, 2007



s/Stephen M. Sprenger
Steven M. Sprenger (DC # 418736)
SPRENGER & LANG, PLLC
1400 Eye Street N.W.
Suite 500
Washington, D.C. 20005
Telephone (202) 772-1160
Fax: (202) 332-6652
E-mail: ssprenger@sprengerlang.com
*Counsel for Plaintiffs*

Date: December 17, 2007

s/Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Richard P. McArdle (IL # 6212504)
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*

Date: December 17, 2007


s/Janet C. Evans
Janet C. Evans (MN # 182734)
Thomas B. Hatch (MN # 150939)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail: jcevans@rkmc.com
*Counsel for Defendant*

Date: December 17, 2007

3
CH1 11378523.1