UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 (JNE) |

**NOTICE OF REQUIRED RESPONSE**

Opt In Plaintiff: [First Name], [Last Name]
[Address]
[City], [State] [Zip]

This Notice is to inform you that your claim for overtime compensation against C.H. Robinson Worldwide, Inc. is before the Court for settlement approval. Your potential settlement amount under the agreed-to formula is $_____.

The Court has entered an Order which requires that **on or before January 15, 2008**, you must respond and inform counsel whether you want to (a) settle your claim; (b) pursue your claim instead of settling or (c) dismiss your claim instead of settling. A copy of the Court's Order Requiring a Response is enclosed. Please place an "X" next to the response you choose and return this completed Notice in the enclosed pre-paid, pre-addressed envelope. **Failure to timely respond to this Notice may result in dismissal of your claim with prejudice.**

_____ I wish to settle my claim. **If you choose to settle your claim, you MUST return a signed original of the enclosed Settlement Agreement and General Waiver and Release and a completed W-9 form to counsel (either Sprenger & Lang or Mansfield, Tanick & Cohen, as appropriate) by no later than January 15, 2008.** Additional copies of these documents are enclosed for your convenience.

_____ I wish to pursue my claim through individual litigation instead of accepting the amount I am offered in settlement.

_____ I wish to dismiss my claim.

Please ensure that you place the envelope in regular U.S. Mail by no later than January 11, 2008 in order for it to be received by January 15, 2008.