UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re C.H. Robinson Worldwide, Inc.,                    Case No. 07-md-1849 (JNE)
       Overtime Pay Litigation.

       The Court conditionally certified collective actions under the Fair Labor Standards Act. Later, the Court decertified the putative collective actions. Individuals who had opted to join the putative collective actions then filed separate actions in several districts. The Judicial Panel on Multidistrict Litigation transferred the actions to the District of Minnesota for coordinated or consolidated pretrial proceedings. The parties later moved for settlement approval.

       The following plaintiffs have not returned settlement agreements: Carrie Damien; Michelle Dibb; Catherine Dick (f/k/a Catherine Haggerty); Christina Doto; Jill East (f/k/a Jill Laba); Celeste Hernandez; Michelle Janovitz; Gina Klein; Jennifer McInnis; Quinzola Neely; Nicol Weiss; Leslie Williams-Ogletree; Andre Smith; and Boris Sazhaev. To expedite the resolution of this case, the Court orders the fourteen plaintiffs to state whether they want to settle their claims, pursue their claims instead of settling, or dismiss their claims with prejudice by completing a Notice of Required Response and returning it to plaintiffs' counsel. A form of the Notice of Required Response is attached to this Order.

       Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

       1.        Plaintiffs' counsel shall send a Notice of Required Response, a Settlement Agreement and General Waiver and Release, a W-9 form, and this Order to each of the fourteen plaintiffs named above at his or her last known address.

       2.        The fourteen plaintiffs named above shall complete the Notice of Required Response and return it to Plaintiffs' counsel (Sprenger & Lang or Mansfield, Tanick & Cohen, as appropriate) by January 15, 2008.

3. A plaintiff's failure to return a completed Notice of Required Response may result in the dismissal with prejudice of his or her claim.

Dated: December 21, 2007

                                                            s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge