# EXHIBIT 1

# SCHEDULE OF CASES

| | |
|---|---|
| Jamie L. Benner, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br> C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | )<br>)<br>)<br>)  Case No.: 06-4640<br>)<br>)<br>)<br>)<br>) |
| Justin Accola, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br> C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | )<br>)<br>)<br>)  Case No.: 06-4643<br>)<br>)<br>)<br>)<br>) |
| Jeffrey Cichosz, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br> C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | )<br>)<br>)<br>)  Case No.: 06-4644<br>)<br>)<br>)<br>)<br>) |

# <u>SCHEDULE A</u>

| | |
|---|---|
| William F. Holmberg, Jr., ) ) )<br><br>Plaintiffs, ) )<br><br>v. ) )<br><br>C. H. ROBINSON WORLDWIDE, INC. ) )<br><br>Defendant. ) ) | Case No.: 06-4645 |
| Elizabeth Marianne Buck, *et al.*, ) ) )<br><br>Plaintiffs, ) )<br><br>v. ) )<br><br>C. H. ROBINSON WORLDWIDE, INC. ) )<br><br>Defendant. ) ) | Case No.: 06-4646 |
| Penny M. Cantazaro, *et al.*, ) ) )<br><br>Plaintiffs, ) )<br><br>v. ) )<br><br>C. H. ROBINSON WORLDWIDE, INC. ) )<br><br>Defendant. ) ) | Case No.: 06-4647 |

CHI 11333204.1

# SCHEDULE A

| | |
|---|---|
| Kathy Cota, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 06-4648 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Jill K. East, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 06-4649 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Kathleen L. Hambleton, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 06-4650 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

3

## SCHEDULE A

| | | |
|---|---|---|
| Elizabeth Hopp, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 06-4651 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Joann N. Larson, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 06-4652 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Kelley S. Lyons, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 06-4653 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

4

CHI 11333204.1

## <u>SCHEDULE A</u>

| | |
|---|---|
| Kimberly Martineau, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4654 |
| Sandra Steinmetz, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4655 |
| John Gino Giovannoni,<br><br>        Plaintiff,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 06-4960 |

CH1 11333204.1

# <u>SCHEDULE A</u>

| | |
|---|---|
| Sally J. Dowden, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>   Defendant. | Case No.: 07-0089 |
| Amelia M. Alfaro, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>   Defendant. | Case No.: 07-0090 |
| Jennifer L. Alfano, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>   Defendant. | Case No.: 07-0251 |

CH1 11333204.1

# SCHEDULE A

| | | |
|---|---|---|
| Claudia Alicia Martinez, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-0542 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Jennifer N. McInnis, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-0544 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Beth Shaw, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-0595 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## <u>SCHEDULE A</u>

| | |
|---|---|
| Shannon Davis,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-1119 |
| Esther Nevarez, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-1563 |
| Nora Hageman, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-1870 |

CHI 11333204.1

# SCHEDULE A

| | |
|---|---|
| Patricia A. Parrish, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-1912 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Shannon D. Anderson, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-2749 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Ariel Crotty, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-2750 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

CHI 11333204.1

# <u>SCHEDULE A</u>

| | |
|---|---|
| Christopher L. Sims, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-2878 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Donna F. Eddy, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3424 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Jacqueline Burt, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3425 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

CH1 11333204.1

# **<u>SCHEDULE A</u>**

| | |
|---|---|
| Brenda Mitchell, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3426 |
| Tammy L. Gately, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3427 |
| Mimi Vuong,<br><br>        Plaintiff,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>        Defendant. | Case No.: 07-3428 |

11

# <u>SCHEDULE A</u>

| | |
|---|---|
| Nancy Austin, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3429 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Kent Alles, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3430 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Gladys Garcia, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3431 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

CHI 11333204.1

## <u>SCHEDULE A</u>

| | | |
|---|---|---|
| Scott D. Hyder, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3432 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Kimberly Elam, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3433 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Bryce A. Amburn, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3434 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

CHI 11333204.1

## <u>SCHEDULE A</u>

| | |
|---|---|
| Mari A. Danielson, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3435 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| Natesha M. Hyde, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3436 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| Tracy Buglione, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 07-3437 |
| v. | )<br>) |
| C. H. ROBINSON WORLDWIDE, INC. | )<br>) |
| Defendant. | )<br>) |

14

# <u>SCHEDULE A</u>

| | |
|---|---|
| Celeste A. Hernandez, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3438 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Maria Teresa Diaz, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3439 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Terri Kuvach, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3440 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

CHI 11333204.1

# <u>SCHEDULE A</u>

| | | |
|---|---|---|
| Lynn A. Amorose, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3441 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Heidi Michelle Poepsel, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3442 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Evelyn Sparks, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3443 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| Defendant. | ) | |

CH1 11333204.1

# **SCHEDULE A**

| | |
|---|---|
| Angela L. Jacobson, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3444 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Anne K. Ciaglia, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3445 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Joann M. McGill, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3446 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

17

## <u>SCHEDULE A</u>

| | |
|---|---|
| Craig Bowen, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3447 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Lynette DiNova, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3448 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Joanna Elke, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3449 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

CHI 11333204.1

# SCHEDULE A

| | | |
|---|---|---|
| Roy Rogenic, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07-3450 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| Michael Blackburn, | ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 07-3451 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| Sharon K. Dodson-McDonald, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 07-3452 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |

CHI 11333204.1

# SCHEDULE A

| | | |
|---|---|---|
| Brendan M. Clarke, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3453 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| Amber Vandersommen, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3454 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| Leslie Nemelka, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07-3455 |
| | ) | |
| v. | ) | |
| | ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CH1 11333204.1

## <u>SCHEDULE A</u>

| | |
|---|---|
| Catherine A. Wilcox, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3457 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Arlene J. Murray, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3458 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Kimberly K. Bethel, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3459 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

CH1 11333204.1

## <u>SCHEDULE A</u>

|  |  |
|---|---|
| Lisa M. Quigley, *et al.*, | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) Case No.: 07-3460 |
|  | ) |
| v. | ) |
|  | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| Morgan J. Wood, *et al.*, | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) Case No.: 07-3462 |
|  | ) |
| v. | ) |
|  | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| Richard Cahn, *et al.*, | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) Case No.: 07-3463 |
|  | ) |
| v. | ) |
|  | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
|  | ) |
| Defendant. | ) |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Cheryl D. Braithwaite, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3464 |
| Carla M. Strugala,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3465 |
| Jennifer L. Alfano, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>C. H. ROBINSON WORLDWIDE, INC.<br><br>  Defendant. | Case No.: 07-3466 |

CH1 11333204.1

# SCHEDULE A

| | |
|---|---|
| Susan J. McGowan, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3467 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Heather Lee Markle, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3468 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Leslie D. Birdwell, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3469 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

24

# <u>SCHEDULE A</u>

| | |
|---|---|
| Jason S. Galloway, | ) |
| | ) |
| Plaintiff, | ) Case No.: 07-3470 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Sharon Haack, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3471 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Christina M. Doto, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3472 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

25

## <u>SCHEDULE A</u>

| | |
|---|---|
| Dirk Keiser, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | )     Case No.: 07-3473 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Debra J. Wentworth, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | )     Case No.: 07-3474 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Laura L. Jeneault, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | )     Case No.: 07-3475 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

26

# SCHEDULE A

| | |
|---|---|
| Timothy W. Baierlein, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3476 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| LaToya R. McCants, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3477 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Julie Gallagher, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3478 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

27

# <u>SCHEDULE A</u>

| | | |
|---|---|---|
| Timothy J. Bumgarner, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07-3479 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |
| Allison M. Cassie, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07-3480 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |
| Richelle Maki, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07-3481 |
| v. | ) ) | |
| C. H. ROBINSON WORLDWIDE, INC. | ) ) | |
| Defendant. | ) ) | |

28

# SCHEDULE A

| | |
|---|---|
| Jennifer L. Walker, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3482 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Wallace Kip Guenther, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3484 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Rodney Brewer, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3485 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

CHI 11333204.1

# <u>SCHEDULE A</u>

| | |
|---|---|
| Erika DeRoberts, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3486 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Angela K. Smoot, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3487 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Carolyn Baker Hall, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 07-3489 |
| | ) |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

30

## <u>SCHEDULE A</u>

| | |
|---|---|
| Kari S. Johnson, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3490 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Rhea L. Nadler, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3491 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| Aaron Smith, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3492 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

## <u>SCHEDULE A</u>

| | |
|---|---|
| Stephanie Smith, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3493 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Adelita Dickson, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3494 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Jason K. Bergquist, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3495 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

CHI 11333204.1

# **SCHEDULE A**

| | |
|---|---|
| Thea Winterbottom, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3496 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Kim M. Flowers, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3497 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Wendy L. Ferger, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-3498 |
| v. | ) |
| | ) |
| C. H. ROBINSON WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

CHI 11333204.1

# SCHEDULE A

| | |
|---|---|
| Kelly K. Hoell, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3499 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| Marc Dorau, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3943 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| Tara Kathleen Camfield, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07-3944 |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

34

EXHIBIT 2

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1849*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE C.H. ROBINSON WORLDWIDE, INC., OVERTIME PAY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,\* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by plaintiffs in the 100 actions listed on Schedule A and two additional actions for coordinated or consolidated pretrial proceedings of these actions in the Northern District of Illinois or, in the alternative, the District of Minnesota.[1] Lone defendant C.H. Robinson Worldwide, Inc. (CHRW) opposes the motion. After their initial submissions to the Panel, all parties filed a joint pleading with the Panel requesting transfer for the limited purpose of obtaining settlement approval in the Northern District of Illinois or, alternatively, the District of Minnesota.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve one or more common questions of fact, and centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions involve similar allegations that certain employees of CHRW are entitled to compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. Centralization under Section 1407 is necessary in order to conserve the resources of the parties, their counsel and the judiciary, particularly with respect to settlement approval. We decline to circumscribe the breadth of the pretrial proceedings as requested by the parties, instead leaving such matters to the discretion of the transferee judge. Whenever the transferee judge deems remand of any

---

\* Judge Miller took no part in the decision of this matter.

[1] Plaintiffs initially included 102 actions in their motion, but later amended the schedule to exclude the 28 Northern District of Illinois actions that were closed and pending transfer under 28 U.S.C. § 1404(a) at that time. Two of these actions remain in that status. Because all parties are represented by common counsel and have filed pleadings stating their positions before the Panel, 100 actions are encompassed by this order. The remaining two actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this docket. This is the district in which approximately one-fourth of the actions are now pending. Also, the transferee judge to whom we are assigning this litigation has developed a familiarity with the issues, parties, and counsel involved in these actions through presiding over two related actions for the past five years.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Joan N. Ericksen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**SCHEDULE A**

MDL-1849 -- In re C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

### Northern District of Alabama

*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:06-4926 ~~07-3424~~
*Jacqueline Burt, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-630 ~~01-3425~~
*Brenda Mitchell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-730 ~~07-3426~~

### Eastern District of Arkansas

*Tammy L. Gately, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-290 ~~07-3427~~

### Central District of California

*Mimi Vuong v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1428 ~~07-3428~~
*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-301 ~~07-3429~~
*Kent Alles, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-571 ~~07-3430~~

### Eastern District of California

*Gladys Garcia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-157 ~~07-3431~~
*Scott D. Hyder, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-665 ~~07-3432~~

### Northern District of California

*Kimberly Elam, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-475 ~~07-3433~~

### Southern District of California

*Bryce A. Amburn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-650 ~~07-3434~~

### District of Colorado

*Mari A. Danielson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-602 ~~07-3435~~

### Middle District of Florida

*Natesha M. Hyde v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-208 ~~07-3436~~
*Tracy L. Buglione, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-228 ~~07-3437~~

### Southern District of Florida

*Celeste A. Hernandez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-60504  07-3438
*Maria Teresa Diaz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-21033  07-3439

### Northern District of Georgia

*Terri Kuvach, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-328  07-3440
*Lynn A. Amorose, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-951  07-3441

### Central District of Illinois

*Heidi Michelle Poepsel v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-1101  07-3442

### Northern District of Illinois

*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6461  07-3443
*Angela L. Jacobson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6465  07-3444
*Anne K. Ciaglia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6507  07-3445
*Joann M. McGill, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6510  07-3446
*Craig Bowen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6516  07-3447
*Lynette DiNova, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6545  07-3448
*Joanna Elke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6552  07-3449
*Roy Rogenic, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6553  07-3450
*Michael Blackburn v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6563  07-3451
*Sharon K. Dodson-McDonald, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6564  07-3452
*Brendan M. Clarke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6581  07-3453
*Amber Vandersommen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6582  07-3454
*Leslie Nemelka, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6623  07-3455
*Ariel B. Crotty, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6630  07-3456

### Southern District of Indiana

*Catherine A. Wilcox v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-197  07-3457

### Southern District of Iowa

*Arlene J. Murray, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-141  07-3458

### District of Kansas

*Kimberly K. Bethel, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2129  07-3459
*Lisa M. Quigley, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-1063  07-3460

Eastern District of Louisiana

*Morgan J. Wood, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1269   07-3462

Western District of Louisiana

*Richard Cahn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-776   07-3463

District of Massachusetts

*Cheryl D. Braithwaite, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-12278   07-3464

Eastern District of Michigan

*Carla M. Strugala v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-10767   07-3465
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-11604   07-3466

Western District of Michigan

*Susan J. McGowan, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-361   07-3467

District of Minnesota

*Jamie L. Benner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4640
*Justin Accola, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4643
*Jeffrey Cichosz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4644
*William F. Holmberg, Jr. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4645
*Elizabeth Marianne Buck, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4646
*Penny M. Cantazaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4647
*Kathy Cota, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4648
*Jill K. East, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4649
*Kathleen L. Hambleton, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4650
*Elizabeth Hopp v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4651
*Joann F. Larson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4652
*Kelley S. Lyons, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4653
*Kimberly M. Martineau, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4654
*Sandra Steinmetz, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4655
*John Gino Giovannoni v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4960
*Sally J. Dowden, et al., C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-89
*Amelia M. Alfaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-90
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-251
*Claudia Alicia Martinez, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-542
*Jennifer N. Mcinnis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-544

### District of Minnesota (Continued)

*Beth Shaw, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-595
*Shannon Davis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1119
*Esther Nevarez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1563
*Nora Hageman, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1870
*Patricia A. Parrish, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1912
*Shannon D. Anderson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2749
*Christopher L. Sims, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2878

### Eastern District of Missouri

*Heather Lee Markle, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-428    07-3468

### Western District of Missouri

*Leslie D. Birdwell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-3193    07-3469

### District of Montana

*Jason S. Galloway v. C.H. Robinson Worldwide, Inc.*, C.A. No. 9:07-45    07-3470

### District of Nebraska

*Sharon Haack v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-130    07-3471

### District of New Jersey

*Christine M. Doto, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1382    01-3472

### District of New Mexico

*Dirk Keisesr, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-392    07-3473

### District of Nevada

*Debra J. Wentworth v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-145    07-3474

### Northern District of New York

*Laura J. Jeneault, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-656    07-3475

#### Western District of New York

*Timothy W. Baierlein, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-182  07-3476

#### Western District of North Carolina

*LaToya R. McCants, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-252  07-3477

#### Northern District of Ohio

*Julie Gallagher, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-846  07-3478

#### Western District of Oklahoma

*Timothy J. Bumgarner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-278  07-3479

#### District of Oregon

*Allison M. Cassie, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-333  07-3480

#### Eastern District of Pennsylvania

*Richelle Maki, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1238  07-3481
*Jennifer L. Walker, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1355  07-3482

#### Western District of Pennsylvania

*Wallace Kip Guenther, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-495  07-3483

#### District of South Carolina

*Rodney Brewer, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-3595  07-3485
*Erika DeRoberts, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-958  07-3486

#### District of South Dakota

*Angela K. Smoot v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-4038  07-3487

#### Eastern District of Tennessee

*Carolyn Baker Hall, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-46  07-3489

### Middle District of Tennessee

*Kari S. Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-454   07-3490

### Western District of Tennessee

*Rhea L. Nadler, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2228   07-3491

### Eastern District of Texas

*Aaron Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-1   07-3492

### Northern District of Texas

*Stephanie Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-409   07-3493

### Western District of Texas

*Adelita Dickson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-186   07-3494

### District of Utah

*Jason K. Bergquist, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-262   07-3495

### Eastern District of Virginia

*Thea Winterbottom, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-390   07-3496

### Eastern District of Washington

*Kim M. Flowers, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-104   07-3497

### Western District of Washington

*Wendy L. Ferger, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-705   07-3498

### Eastern District of Wisconsin

*Kelly K. Hoell v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-267   07-3499