UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc.,<br><br>Overtime Pay Litigation | CASE NO. 07-MD-01849<br>(JNE) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2008 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Notice of Renewed Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

2. Renewed Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

3. Joint Memorandum of Law in Support of the Renewed Joint Motion of the Parties to Approve the Settlements of Their FLSA Claims and Lawsuits;

4. Exhibits 1-7;

5. Word Count Compliance Certificate; and

6. Certificate of Service

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following judge who is deciding the motion:

Judge Joan Ericksen:    joanericksen_chambers@mnd.uscourts.gov

77635

Dated: January 18, 2008						Respectfully submitted,


							s/ Mara R. Thompson
							Mara R. Thompson (MN # 196125)
							Sprenger & Lang, PLLC
							310 Fourth Avenue South
							Suite 600
							Minneapolis, MN 55415
							Telephone (612) 486-1820
							Fax (612) 871-9270
							E-mail: mthompson@sprengerlang.com
							*Counsel for Women Opt-In Plaintiffs*

77635