UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) ) ) | CASE NO. 07-MD-01849 (JNE) |
| Overtime Pay Litigation | ) ) ) ) ) | |

**RENEWED JOINT MOTION TO APPROVE THE SETTLEMENTS OF FLSA CLAIMS AND LAWSUITS OF FOUR WOMEN PLAINTIFFS**

Plaintiffs and Defendant C. H. Robinson Worldwide, Inc. ("Defendant" or "CHRW") (collectively, the "Parties") hereby renew their joint request that the Court approve the settlements of Plaintiffs Claudette Manning Jackson's, Mariam Maskharashvili's, Donna Eddy's (f/k/a Donna Doss), and Janet Hays' (collectively the "Four Female Plaintiffs") claims and dismiss such claims, along with the four women Plaintiffs' lawsuits, with prejudice. The Parties state as follows in support of their motion:

1. On or about November 28, 2006, the four women Plaintiffs filed complaints in the United States District Court for the Northern District of Illinois, alleging in part that they were improperly classified as exempt under the Fair Labor Standards Act ("FLSA") and worked hours for which they were not properly paid.

2. CHRW denies all allegations of wrongdoing.

3. There are approximately 525 plaintiffs in 102 FLSA lawsuits against CHRW. The four women Plaintiffs are among these plaintiffs.

4. Pursuant to motions to transfer filed by CHRW, judges in the Northern District of Illinois transferred most of these cases to approximately forty-five different federal districts across the country.

5. Plaintiff Claudette Manning Jackson's action, Case No. 06-6461, remained in the Northern District of Illinois.

6. Plaintiff Mariam Maskharashvili's action, Case No. 06- 6507, remained in the Northern District of Illinois.

7. Plaintiff Janet Hays' action was filed in the Northern District of Illinois, Case No. 06-6669. On February 7, 2007, the court issued an order transferring her case to the Central District of California, Case No. 8:07-cv-00301.

8. Plaintiff Donna Eddy's action was filed in the Northern District of Illinois, Case No. 06-6551. On December 4, 2006, the court transferred her case, *sua sponte*, to the Northern District of Alabama, Case No. 06-4926.

9. By August 2007, CHRW reached final settlements with the Four Female Plaintiffs who are represented by the law firm of Sprenger & Lang, PLLC. By August 28, 2007, all four women Plaintiffs executed their individual settlement agreements. These settlements were reached in full compliance with Rule 1.8 of the Minnesota Rules of Professional Conduct. *See* Thompson Declaration at ¶¶ 12, 13 and 14 attached hereto as Exhibit A. Copies of the four women Plaintiffs' settlement agreements are attached to Thompson Declaration as Exhibits 1 through 4.

10. The Parties thus agree that, subject to Court approval, these disputes have been settled.

11. On July 12, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that the 102 FLSA lawsuits against Defendant be consolidated in this Court for purposes of approving the Parties' settlements. A copy of the JPML's order is attached hereto as Exhibit B.

12. Pursuant to the JPML's order, all four of these plaintiffs' cases were transferred to the District of Minnesota and have the following case identifiers:

   a. Claudette Manning Jackson (*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.*, Case No. 07-3443 (D. Minn.));

   b. Mariam Maskharashvili (*Anne Ciaglia v. C.H. Robinson Worldwide, Inc.*, Case No. 07-3445 (D. Minn.));

   c. Donna Doss (f/k/a Donna Eddy) (*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.*, Case No. 07-3424 (D. Minn.));

   d. Janet Hays (*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.*, Case No. 07-3429 (D. Minn.)).

13. The Parties now seek Court approval of these settlements because this case includes claims under the FLSA.

14. Under the great weight of authority, claims under FLSA may not be waived by purely private agreement. A valid waiver may be accomplished, however, by court approval of the settlement, especially with a finding that a settlement is fair, reasonable, and adequate. *E.g. Schulte v. Gangi*, 328 U.S. 108 (1946); *Walton v. United Consumers*

CH1 11378287.1 / SL 77286

*Club*, 786 F.2d 303, 306 (7th Cir. 1986); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1983); *Brask v. Heartland Automotive Services, Inc.*, No. 06-11 (RHK/AJB), 2006 WL 2524212 at *1-2 (D. Minn. Aug. 15, 2006). The Parties agree that their settlement agreements are fair, reasonable, and adequate. *See* Thompson Declaration at ¶ 16. Accordingly, the Parties request that the Court approve the agreements of the four women Plaintiffs and find them to be fair, reasonable, and adequate.

WHEREFORE, the Parties renew their joint request that the Court approve the individual settlement agreements of the four women Plaintiffs, and dismiss their claims with prejudice, with the Defendant and the four women Plaintiffs to bear their own attorney's fees and costs except as agreed upon by the Parties.

CH1 11378287.1 / SL 77286

Dated: January 18, 2008                                      Respectfully submitted,

s / Steven M. Sprenger                                       s/ Mara R. Thompson
Steven M. Sprenger (DC # 418736)                             Mara R. Thompson (MN # 196125)
Sprenger & Lang, PLLC                                        Sprenger & Lang, PLLC
1400 Eye Street N.W.                                         310 Fourth Avenue South
Suite 500                                                    Suite 600
Washington, D.C. 20005                                       Minneapolis, MN 55415
Telephone (202) 772-1160                                     Telephone (612) 486-1820
Fax: (202) 332-6652                                          Fax (612) 871-9270
E-mail: ssprenger@sprengerlang.com                           E-mail: mthompson@sprengerlang.com
*Counsel for Women Opt-In Plaintiffs*                        *Counsel for Women Opt-In Plaintiffs*

s/ Lawrence P. Schaefer
Lawrence P. Schaefer (MN # 195583)
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax: (612) 339-3161
E-mail: lschaefer@mansfieldtanick.com
*Counsel for Men Opt-In Plaintiffs*

s/ Gerald L. Maatman, Jr.                                    s / Janet C. Evans
Gerald L. Maatman, Jr. (IL # 0618016)                        Janet C. Evans (MN # 182734)
Richard P. McArdle (IL # 6216504)                            Thomas B. Hatch (MN # 150939)
Ernst H. Ostrand (IL # 6287029)                              Robins, Kaplan, Miller & Ciresi LLP
Seyfarth Shaw LLP                                            2800 LaSalle Plaza
131 S. Dearborn St., Suite 2400                              800 LaSalle Avenue
Chicago, Illinois 60603                                      Minneapolis, MN 55402-2015
Telephone: (312) 460-5000                                    Telephone: 612-349-8500
Facsimile: (312) 460-7000                                    Facsimile: 612-339-4181
E-mail: gmaatman@seyfarth.com                                E-mail: jcevans@rkmc.com
*Counsel for Defendant*                                      *Counsel for Defendant*