UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) ) ) ) ) ) ) | CASE NO. 07-MD-01849 (JNE) |
| Overtime Pay Litigation | | |

**NOTICE OF RENEWED JOINT MOTION TO APPROVE THE SETTLEMENTS OF FLSA CLAIMS AND LAWSUITS OF FOUR WOMEN PLAINTIFFS**

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for all parties renew their motion for court approval of the Settlement Agreements of four women Plaintiffs settling all of the their claims and dismissing those claims with prejudice.

Dated: January 18, 2008                              Respectfully submitted,

| | |
|---|---|
| s / Steven M. Sprenger | s/ Mara R. Thompson |
| Steven M. Sprenger (DC # 418736) | Mara R. Thompson (MN # 196125) |
| Sprenger & Lang, PLLC | Sprenger & Lang, PLLC |
| 1400 Eye Street N.W. | 310 Fourth Avenue South |
| Suite 500 | Suite 600 |
| Washington, D.C. 20005 | Minneapolis, MN 55415 |
| Telephone (202) 772-1160 | Telephone (612) 486-1820 |
| Fax: (202) 332-6652 | Fax (612) 871-9270 |
| E-mail: ssprenger@sprengerlang.com | E-mail: mthompson@sprengerlang.com |
| *Counsel for Women Opt-In Plaintiffs* | *Counsel for Women Opt-In Plaintiffs* |

s/ Lawrence P. Schaefer
Lawrence P. Schaefer (MN # 195583)
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax: (612) 339-3161
E-mail: lschaefer@mansfieldtanick.com
*Counsel for Men Opt-In Plaintiffs*

| | |
|---|---|
| s/ Gerald L. Maatman, Jr. | s / Janet C. Evans |
| Gerald L. Maatman, Jr. (IL # 0618016) | Janet C. Evans (MN # 182734) |
| Richard P. McArdle (IL # 6216504) | Thomas B. Hatch (MN # 150939) |
| Ernst H. Ostrand (IL # 6287029) | Robins, Kaplan, Miller & Ciresi LLP |
| Seyfarth Shaw LLP | 2800 LaSalle Plaza |
| 131 S. Dearborn St., Suite 2400 | 800 LaSalle Avenue |
| Chicago, Illinois 60603 | Minneapolis, MN 55402-2015 |
| Telephone: (312) 460-5000 | Telephone: 612-349-8500 |
| Facsimile: (312) 460-7000 | Facsimile: 612-339-4181 |
| E-mail: gmaatman@seyfarth.com | E-mail: jcevans@rkmc.com |
| *Counsel for Defendant* | *Counsel for Defendant* |