UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc.,<br><br>Overtime Pay Litigation | ) ) ) ) ) ) ) | CASE NO. 07-MD-01849<br>(JNE) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2008 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Notice of Renewed Joint Motion to Approve the Settlements of FLSA Claims and Lawsuits of Four Women Plaintiffs

2. Renewed Joint Motion to Approve the Settlements of FLSA Claims and Lawsuits of Four Women Plaintiffs

3. Declaration of Mara Thompson

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following judge who is deciding the motion:

Judge Joan Ericksen: joanericksen_chambers@mnd.uscourts.gov

Dated: January 18, 2008 Respectfully submitted,

s/ Mara R. Thompson
Mara R. Thompson (MN # 196125)
Sprenger & Lang, PLLC
310 Fourth Avenue South
Suite 600
Minneapolis, MN 55415
Telephone (612) 486-1820
Fax (612) 871-9270
E-mail: mthompson@sprengerlang.com
*Counsel for Women Opt-In Plaintiffs*

SL 77289