UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 <br> (JNE) |

**MOTION TO DISMISS CLAIMS OF TWO OPT IN PLAINTIFFS**

Sprenger & Lang, PLLC, the undersigned counsel of record for women opt in plaintiffs moves to dismiss the claims of two opt in plaintiffs with prejudice.

In support hereof, the undersigned represents that Gina Klein and Nicole Weiss, both opt in plaintiffs, have expressed to Sprenger & Lang a desire to dismiss their claims with prejudice. Sprenger & Lang, therefore, moves to dismiss the claims of Gina Klein and Nicole Weiss with prejudice.

The bases for this motion are set forth in the attached Declaration of Mara R. Thompson and the exhibits thereto filed herewith.

77591

Dated: January 18, 2008

s/ Mara R. Thompson
Mara R. Thompson (MN No. 196125)
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 486-1820
Fax: (612) 871-9270

Steven M. Sprenger (DC No. 418736)
SPRENGER + LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 772-1160
Fax: (202) 332-6652

*Counsel for Carlson, et al. and Women Opt In Plaintiffs*