# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc.,<br><br>Overtime Pay Litigation | CASE NO. 07-MD-01849<br>(JNE) |

# NOTICE OF MOTION
# TO DISMISS CLAIMS OF TWO OPT IN PLAINTIFFS

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for women opt in plaintiffs will move to dismiss, with prejudice, the claims of two opt in plaintiffs: Gina Klein and Nicole Weiss. No oral argument is requested.

77590

Dated: January 18, 2008

s/ Mara R. Thompson
Mara R. Thompson (MN No. 196125)
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 486-1820
Fax: (612) 871-9270

Steven M. Sprenger (DC No. 418736)
SPRENGER + LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 772-1160
Fax: (202) 332-6652

*Counsel for Carlson, et al. and
    Women Opt In Plaintiffs*