## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| | ) | |
| **In re C.H. Robinson Worldwide, Inc.,** | ) | **CASE NO. 07-MD-01849** |
| | ) | **(JNE)** |
| **Overtime Pay Litigation** | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2008 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1.   Notice of Motion to Dismiss Two Opt In Plaintiffs

2.   Motion to Dismiss Two Opt In Plaintiffs

3.   Declaration of Mara Thompson and Exhibits thereto

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following judge who is deciding the motion:

Judge Joan Ericksen:        joanericksen_chambers@mnd.uscourts.gov

Dated: January 18, 2008       Respectfully submitted,


                s/ Mara R. Thompson
                Mara R. Thompson (MN # 196125)
                Sprenger & Lang, PLLC
                310 Fourth Avenue South
                Suite 600
                Minneapolis, MN 55415
                Telephone (612) 486-1820
                Fax (612) 871-9270
                E-mail: mthompson@sprengerlang.com
                *Counsel for Women Opt-In Plaintiffs*