# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br>Overtime Pay Litigation | CASE NO. 07-MD-01849 (JNE) |

## NOTICE OF DEFENDANT C. H. ROBINSON WORLDWIDE, INC.'S RENEWED MOTION TO DISMISS CLAIMS OF OPT-IN PLAINTIFFS WITH PREJUDICE FOR WANT OF PROSECUTION

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for Defendant C. H. Robinson Worldwide, Inc. will move the Court to dismiss the claims of Plaintiffs Boris A. Sazhaev, Andre J. Smith, Carrie Damien, Catherine Dick (f/k/a Catherine Haggerty), Christina Doto, Michelle Janovitz, Quinzola Neely, and Leslie Williams-Ogletree with prejudice for want of prosecution.

Respectfully submitted,

s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Richard P. McArdle (IL # 6212504)
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*

Date: January 18, 2008