# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 <br> (JNE) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2008, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Defendant C. H. Robinson Worldwide, Inc.'s Renewed Motion to Dismiss Claims of Opt-In Plaintiffs With Prejudice for Want of Prosecution

2. Declaration of Lawrence P. Schaefer

3. Declaration of Mara Thompson

4. Proposed Order Approving Defendant C. H. Robinson Worldwide, Inc.'s Renewed Motion to Dismiss Claims of Opt-In Plaintiffs With Prejudice for Want of Prosecution

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Joan Ericksen: joanericksen_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the forgoing documents to be mailed by first class mail, postage paid to the following:

Lawrence P. Schaefer (MN # 195583)
MANSFIELD, TANICK & COHEN, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax: (612) 339-3161
E-mail: lschaefer@mansfieldtanick.com
*Counsel for Plaintiffs*

Steven M. Sprenger (DC # 418736)
SPRENGER & LANG, PLLC
1400 Eye Street N.W.
Suite 500
Washington, D.C. 20005
Telephone (202) 772-1160
Fax: (202) 332-6652
E-mail: ssprenger@sprengerlang.com
*Counsel for Plaintiffs*

Janet C. Evans (MN # 182734)
Thomas B. Hatch (MN # 150939)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail: jcevans@rkmc.com
*Counsel for Defendant*

s/ Richard P. McArdle