| | | |
|---|---|---|
| **In re C.H. Robinson Worldwide, Inc.,** | ) ) ) | **CASE NO. 07-MD-01849 (JNE)** |
| **Overtime Pay Litigation** | ) ) ) ) ) | |

## NOTICE OF RENEWED JOINT MOTION OF THE PARTIES TO BIND CERTAIN MALE PLAINTIFFS TO THE GENERAL WAIVER AND RELEASE PROVISIONS OF THE SETTLEMENT AGREEMENTS

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of

United States District Court, District of Minnesota, in Courtroom 12W, United States

Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned

counsel of record for all parties will move the Court to enter an order binding Plaintiffs

Scott Evans, Steven Gile, and David Kreidler to the terms of the same Settlement

Agreement and General Wavier and Release executed by the other approximately 467

Plaintiffs in this consolidated action, and dismiss their claims with prejudice.

Respectfully submitted,


s/Lawrence P. Schafer
Lawrence P. Schaefer (MN # 195583)
MANSFIELD, TANICK & COHEN, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax:  (612) 339-3161
E-mail:  lschaefer@mansfieldtanick.com
*Counsel for Plaintiffs*

Date:  January 18, 2008


s/Stephen M. Sprenger
Steven M. Sprenger (DC # 418736)
SPRENGER & LANG, PLLC
1400 Eye Street N.W.
Suite 500
Washington, D.C. 20005
Telephone (202) 772-1160
Fax:  (202) 332-6652
E-mail:  ssprenger@sprengerlang.com
*Counsel for Plaintiffs*

Date:  January 18, 2008

2

s/Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Richard P. McArdle (IL # 6212504)
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*

Date: January 18, 2008


s/Janet C. Evans
Janet C. Evans (MN # 182734)
Thomas B. Hatch (MN # 150939)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail: jcevans@rkmc.com
*Counsel for Defendant*

Date: January 18, 2008

CH3 1126719.1 / SL 77606