# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | CASE NO. 07-MD-01849 <br> (JNE) |

## NOTICE OF DEFENDANT'S RENEWED SUPPLEMENTAL MOTION TO APPROVE THE SETTLEMENTS OF FLSA CLAIMS AND LAWSUITS

PLEASE TAKE NOTICE THAT before the Honorable Joan N. Ericksen, Judge of United States District Court, District of Minnesota, in Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned counsel of record for Defendant C. H. Robinson Worldwide, Inc. will move the Court to enter an order requiring each Plaintiff to providing C. H. Robinson with the information set forth in Paragraph 1 of the Settlement And General Waiver and Release Agreement.

CH1 11396572.1

Respectfully submitted,

s/Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (IL # 0618016)
Richard P. McArdle (IL # 6212504)
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*

Date: January 18, 2008

CH1 11396572.1