# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re C.H. Robinson Worldwide, Inc.,** ) <br> ) <br> **Overtime Pay Litigation** ) <br> ) <br> ) <br> ) <br> ) | **CASE NO. 07-MD-01849** <br> **(JNE)** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I caused Defendant's Renewed Supplemental Motion to Approve the Settlements of FLSA Claims and Lawsuits to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Daniel C. Bryden        dbryden@sprengerlang.com
- Michael D. Lieder       mlieder@sprengerlang.com
- Seymour J. Mansfield    smansfiled@mansfieldtanick.com
- Steven M. Sprenger      ssprenger@sprengerlang.com
- Lawrence P. Schaefer    lschaefer@mansfieldtanick.com
- Charles Horowitz        chorowitz@mansfieldtanick.com
- Jean B. Roth            rothjb@mansfieldtanick.com
- Janet C. Evans          jcevans@rkmc.com
- Gerald L. Maatman, Jr.  gmaatman@seyfarth.com
- Richard P. McArdle      rmcardle@seyfarth.com
- Ernst H. Ostrand        eostrand@seyfarth.com
- L. Steven Platt         lsp53@aol.com

CH1 11396577.1

I further certify that I caused the proposed order to be filed with the court via e-mail to the Hon. Joan N. Ericksen, and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- Daniel C. Bryden         dbryden@sprengerlang.com
- Michael D. Lieder        mlieder@sprengerlang.com
- Seymour J. Mansfield     smansfiled@mansfieldtanick.com
- Steven M. Sprenger       ssprenger@sprengerlang.com
- Lawrence P. Schaefer     lschaefer@mansfieldtanick.com
- Charles Horowitz         chorowitz@mansfieldtanick.com
- Jean B. Roth             rothjb@mansfieldtanick.com
- Janet C. Evans           jcevans@rkmc.com
- Gerald L. Maatman, Jr.   gmaatman@seyfarth.com
- Richard P. McArdle       rmcardle@seyfarth.com
- Ernst H. Ostrand         eostrand@seyfarth.com
- L. Steven Platt          lsp53@aol.com

<u>s/ Gerald L. Maatman, Jr.</u>
Gerald L. Maatman, Jr. (IL # 0618016)
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: gmaatman@seyfarth.com
*Counsel for Defendant*
