## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| **In re C.H. Robinson Worldwide, Inc.,** ) | **CASE NO. 07-MD-01849 (JNE)** |
| **Overtime Pay Litigation** ) | |

## SUPPLEMENTAL DECLARATION OF MARA R. THOMPSON

After first being duly sworn, I, Mara R. Thompson, state the following:

1.      I am a partner of the law firm of Sprenger & Lang, PLLC, and one of the attorneys representing the women opt in plaintiffs in this case.

2.      I am submitting this declaration to supplement the declaration I filed with the Court on January 18, 2008 (Docket No. 51).

3.      As stated in that declaration at paragraph 13, I spoke with opt in plaintiff Nicole Weiss on January 17, 2008. During that conversation, Ms. Weiss informed me that she wished to dismiss her claim in this litigation. I requested that she return a completed Notice of Required Response. She said she would via fax the next day, January 18, 2008.

4.      Following completion of our court filings on January 18, 2008, Ms. Weiss faxed to Sprenger & Lang's offices a completed Notice of Required Response indicating that she wished to dismiss her claim in this matter. I have attached a copy of that Notice from Ms. Weiss as Exhibit A.

77527

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of January 2008 in Minneapolis, Minnesota.

**s/ Mara R. Thompson**
Mara R. Thompson

2

# EXHIBIT
# A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In re C.H. Robinson Worldwide, Inc., | ) | **Case No. 07-md-1849 (JNE)** |
| **Overtime Pay Litigation** | ) |  |
|  | ) |  |

### NOTICE OF REQUIRED RESPONSE

Plaintiff:    Nicol Weiss
              2749 Abigail Street SE
              Grand Rapids, MI 49506

This notice is to inform you that your claim for overtime compensation against C.H. Robinson Worldwide, Inc. is before the Court for settlement approval. Your potential settlement amount under the agreed-to formula is $ <u>8.26.</u>

The Court has entered an Order which requires that **on or before January 15, 2008,** you must respond and inform counsel whether you want to (a) settle your claim; (b) pursue your claim instead of settling or (c) dismiss your claim with prejudice instead of settling. A copy of the Court's Order requiring a response is enclosed. Please place an "X" next to the response you choose and return this completed Notice in the enclosed pre-paid, pre-addressed envelope. **Failure to timely respond to this Notice may result in dismissal of your claim with prejudice.**

_____ I wish to settle my claim. **If you choose to settle your claim, you MUST return a signed original of the enclosed Settlement Agreement and General Waiver and Release and a completed W-9 form to counsel (either Sprenger & Lang or Mansfield, Tanick & Cohen, as appropriate) by no later than January 15, 2008.** Additional copies of these documents are enclosed for your convenience.

_____ I wish to pursue my claim through individual litigation instead of accepting the amount I am offered in settlement.

__X__ I wish to dismiss my claim with prejudice.

Please ensure that you place the envelope in regular U.S. Mail by no later than January 11, 2008 in order for it to be received by January 15, 2008.