UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re C.H. Robinson Worldwide, Inc., <br><br> Overtime Pay Litigation | ) <br> ) CASE NO. 07-MD-01849 <br> ) (JNE) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO CONSOLIDATE *JOHNSON, ET AL. V. C.H. ROBINSON WORLDWIDE, INC.*, CASE NO. 02-CV-4261, IN MDL PROCEEDINGS FOR PURPOSES OF SETTLEMENT**

WHEREAS plaintiffs Trever Johnson, Jay Hicks, Kevin McGee, Casey Wilson, William Mackiewicz and Michael Dawson originally asserted their claims against defendant C.H. Robinson Worldwide, Inc. in *Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, a collective action in the United States District Court for the District of Minnesota, Civil File No. 02-CV-4261;

WHEREAS on July 12, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that the 102[1] FLSA lawsuits against Defendant be consolidated in this Court for purposes of approving the Parties' Agreements. A copy of the JPML's Order consolidating these cases is attached to the accompanying Renewed Joint Motion as Exhibit 2 (Docket No. 43-1);

---

[1] While the JPML's order encompassed 100 cases, it also designated two others as potential "tag-along" cases under the JPML's rules. Pursuant to those rules, the parties have jointly asked the court to transfer these two cases to this Court in addition to the 100 cases encompassed in the order.

77889

WHEREAS the *Johnson* matter was not consolidated as part of the MDL litigation captioned above;

WHEREAS all six of the Johnson named plaintiffs have agreed to resolve their claims as part of the overall proposed settlement and have signed settlement agreements and releases which have been provided to C.H. Robinson by their counsel, Mansfield, Tanick & Cohen, P.A. See, Declaration of Lawrence P. Schaefer dated January 18, 2008 (Docket No. 43-6).

WHEREAS the parties stipulate and agree that the *Johnson* matter should be consolidated with the MDL proceedings for purposes of the proposed overall settlement.

NOW THEREFORE, the parties hereby stipulate and agree that the *Johnson* matter, Civil No. 02-CV-4261, be consolidated and included in the above-entitled MDL case for purposes of the proposed overall settlement, including the settlement of the six named plaintiffs in the *Johnson* matter.

Dated: January 18, 2008

| | |
|---|---|
| s / Steven M. Sprenger | s/ Mara R. Thompson |
| Steven M. Sprenger (DC # 418736) | Mara R. Thompson (MN # 196125) |
| Sprenger & Lang, PLLC | Sprenger & Lang, PLLC |
| 1400 Eye Street N.W. | 310 Fourth Avenue South |
| Suite 500 | Suite 600 |
| Washington, D.C. 20005 | Minneapolis, MN 55415 |
| Telephone (202) 772-1160 | Telephone (612) 486-1820 |
| Fax: (202) 332-6652 | Fax (612) 871-9270 |
| E-mail: ssprenger@sprengerlang.com | E-mail: mthompson@sprengerlang.com |
| *Counsel for Women Opt-In Plaintiffs* | *Counsel for Women Opt-In Plaintiffs* |

s/ Lawrence P. Schaefer
Lawrence P. Schaefer (MN # 195583)
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
200 South Sixth Street
Minneapolis, Minnesota 55402-4511
Telephone (612) 341-1201
Fax: (612) 339-3161
E-mail: lschaefer@mansfieldtanick.com
*Counsel for Men Opt-In Plaintiffs, including Johnson Named Plaintiffs*

| | |
|---|---|
| s/ Gerald L. Maatman, Jr. | s / Janet C. Evans |
| Gerald L. Maatman, Jr. (IL # 0618016) | Janet C. Evans (MN # 182734) |
| Richard P. McArdle (IL # 6216504) | Thomas B. Hatch (MN # 150939) |
| Ernst H. Ostrand (IL # 6287029) | Robins, Kaplan, Miller & Ciresi LLP |
| Seyfarth Shaw LLP | 2800 LaSalle Plaza |
| 131 S. Dearborn St., Suite 2400 | 800 LaSalle Avenue |
| Chicago, Illinois 60603 | Minneapolis, MN 55402-2015 |
| Telephone: (312) 460-5000 | Telephone: 612-349-8500 |
| Facsimile: (312) 460-7000 | Facsimile: 612-339-4181 |
| E-mail: gmaatman@seyfarth.com | E-mail: jcevans@rkmc.com |
| *Counsel for Defendant* | *Counsel for Defendant* |