UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re C.H. Robinson Worldwide, Inc.,                  Case No. 07-md-1849 (JNE)
       Overtime Pay Litigation.

This case is before the Court on Plaintiffs' motion to dismiss the claims of two plaintiffs, Gina Klein and Nicol Weiss. In response to the Order of December 21, 2007, Klein and Weiss stated that they wish to dismiss their claims with prejudice. Accordingly, the Court grants Plaintiffs' motion to dismiss Klein's and Weiss's claims.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Plaintiffs' motion to dismiss the claims of Gina Klein and Nicol Weiss [Docket No. 49] is GRANTED.

2. The claims of Gina Klein in *Sparks v. C.H. Robinson Worldwide, Inc.*, Civil No. 07-3443 (D. Minn.), are DISMISSED WITH PREJUDICE.

3. The claims of Nicol Weiss in *McGowan v. C.H. Robinson Worldwide, Inc.*, Civil No. 07-3467 (D. Minn.), are DISMISSED WITH PREJUDICE.

4. The Clerk of Court shall file this Order in each of the above-referenced cases.

Dated: February 20, 2008

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge