UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re C.H. Robinson Worldwide, Inc.,            Case No. 07-md-1849 (JNE)
     Overtime Pay Litigation.

This case is before the Court on the parties' joint motion to bind David Kreidler, Scott Evans, and Steven Gile to the general waiver and release language in settlement agreements. Although Kreidler, Evans, and Gile had approved their settlements as of May 30, 2007, July 5, 2007, and July 6, 2007, respectively, they have not returned executed settlement documents. The Court concludes that Kreidler, Evans, and Gile are bound to the terms of their respective settlements as if executed on the dates noted above.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The joint motion of the parties to bind certain male plaintiffs to the general waiver and release provisions of the settlement agreements [Docket No. 58] is GRANTED.

2. David Kreidler is bound to the Settlement and General Waiver and Release Agreement as if the same were executed on May 30, 2007.

3. Scott Evans is bound to the Settlement and General Waiver and Release Agreement as if the same were executed on July 5, 2007.

4. Steven Gile is bound to the Settlement and General Waiver and Release Agreement as if the same were executed on July 6, 2007.

Dated: February 20, 2008

                                               s/ Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Judge