# UNITED STATES DISTRICT COURT
## District of Minnesota

In Re: C.H. Robinson Worldwide, Inc.,
Overtime Pay Litigation

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 07md1849 (JNE/JJG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The joint motion to approve the settlements of FLSA claims and lawsuits of certain female plaintiffs [Docket Nos. 35 & 45] is GRANTED.
2. The joint motion to approve settlements [Docket No. 40] is GRANTED.
3. C.H. Robinson Worldwide's supplemental motion regarding settlement approval [Docket No. 61] is GRANTED.
4. The Court approves the Settlement Agreements entered into by C.H. Robinson Worldwide and Plaintiffs.
5. C.H. Robinson Worldwide is not obligated to disburse a settlement payment to a particular plaintiff until it has received a completed IRS Form W-9 from that plaintiff.
6. The following cases in the District of Minnesota are DISMISSED WITH PREJUDICE:
02-cv-4261; 06-cv-4640; 06-cv-4643; 06-cv-4644; 06-cv-4645; 06-cv-4646; 06-cv-4647; 06-cv-4648; 06-cv-4649; 06-cv-4650; 06-cv-4651; 06-cv-4652; 06-cv-4653; 06-cv-4654; 06-cv-4655; 06-cv-4960; 07-cv-89; 07-cv-90; 07-cv-251; 07-cv-542; 07-cv-544; 07-cv-595; 07-cv-1119; 07-cv-1563; 07-cv-1870; 07-cv-1912; 07-cv-2749; 07-cv-2750; 07-cv-2878; 07-cv-3424; 07-cv-3425; 07-cv-3426; 07-cv-3427; 07-cv-3429; 07-cv-3430; 07-cv-3431; 07-cv-3432; 07-cv-3433; 07-cv-3434; 07-cv-3435; 07-cv-3436; 07-cv-3437; 07-cv-3438; 07-cv-3439; 07-cv-3440; 07-cv-3441; 07-cv-3442; 07-cv-3443; 07-cv-3444; 07-cv-3445; 07-cv-3446; 07-cv-3447; 07-cv-3448; 07-cv-3449; 07-cv-3450; 07-cv-3451; 07-cv-3452; 07-cv-3453; 07-cv-3454; 07-cv-3455; 07-cv-3457; 07-cv-3458; 07-cv-3459; 07-cv-3460; 07-cv-3462; 07-cv-3463; 07-cv-3465; 07-cv-3466; 07-cv-3467; 07-cv-3468; 07-cv-3469; 07-cv-3470; 07-cv-3471; 07-cv-3472; 07-cv-3473; 07-cv-3474; 07-cv-3475; 07-cv-3476; 07-cv-3477; 07-cv-3478; 07-cv-3479; 07-cv-3480; 07-cv-3481; 07-cv-3482; 07-cv-3484; 07-cv-3485; 07-cv-3486; 07-cv-3487; 07-cv-3489; 07-cv-3490; 07-cv-3491; 07-cv-3492; 07-cv-3493; 07-cv-3494; 07-cv-3495; 07-cv-3496; 07-cv-3497; 07-cv-3498; 07-cv-3499; 07-cv-3885; 07-cv-3943; and 07-cv-3944.
7. The parties shall bear their own attorney fees and costs except as agreed in the Settlement Agreements.

| February 21, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/DH |
| | (By) , Deputy Clerk |